## SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

RYAN WHEELER,                          :  No. 202 EM 2016
                                       :
                Petitioner             :
                                       :
                                       :
        v.                             :
                                       :
                                       :
COURT OF COMMON PLEAS                  :
PHILADELPHIA COUNTY,                   :
                                       :
                Respondent             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of February, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks mandamus relief, are **GRANTED**.

    The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days. The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.